Certificate Number: 16339-PAE-DE-040781928

Bankruptcy Case Number: 26-10771



16339-PAE-DE-040781928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2026, at 1:30 o'clock PM EDT, Julia Calcut completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 26, 2026                By:   /s/Kris Krumal

                                      Name:  Kris Krumal

                                      Title:  Certified Financial Counselor